James S. Coon
OSB#: 77145
THOMAS, COON, NEWTON & FROST
The Thomas Mann Building
820 SW 2nd Avenue, Suite 200
Portland, Oregon 97204
Phone: (503) 228-5222
Fax: (503) 273-9175
E-mail: jcoon@tcnf.legal

Scott A. Sell
OSB#: 144297
THOMAS, COON, NEWTON & FROST
The Thomas Mann Building
820 SW 2nd Avenue, Suite 200
Portland, Oregon 97204
Phone: (503) 228-5222
Fax: (503) 273-9175
E-mail: ssell@tcnf.legal

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| STEPHEN J. METZLER<br>        Plaintiff,<br><br>v.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br>        Defendant. | Case No.: 3:16-cv-02000-SU<br><br>ORDER GRANTING STIPULATED MOTION FOR ATTORNEY FEES UNDER 28 U.S.C. § 2412 |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5,876.74 will be awarded to Plaintiff in care of his attorneys pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, payable after the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 560 U.S. 586 (2010), and mailed to his attorney, Scott A. Sell, at Mr. Sell's address: 820 SW 2nd Ave Ste 200, Portland OR

97204.  There are no costs or expenses.

Dated this 12th day of December 2017

/s/ Patricia Sullivan
United States Magistrate Judge

Presented by:
James S. Coon
Thomas, Coon, Newton & Frost
Of Attorneys for Plaintiff

Scott A. Sell
Thomas, Coon, Newton & Frost
Of Attorneys for Plaintiff